### IN THE US DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE ROSSI | ) | Case No. 4:26-CV-120 |
| 21539 Lake Road | ) | |
| Rocky River, Ohio  44116 | ) | Judge |
| | ) | |
|     Plaintiff | ) | ***C O M P L A I N T*** |
| vs. | ) | |
| | ) | ***WITH*** |
| ROCKY RIVER BOARD OF EDUCATION | ) | |
| 1101 Moorewood Parkway | ) | ***JURY DEMAND ENDORSED HEREON*** |
| Rocky River, Ohio  44116 | ) | |
| | ) | |
|     Defendant | ) | |

1.　　At all times relevant, Plaintiff was and remains a US Citizen and resident of Cuyahoga County, Ohio.

2.　　At all times relevant, Defendant employed Plaintiff as its Executive Secretary and, throughout, acted under color of state law.

3.　　Beginning in 10/24 and continuing into the Summer of 2025, for fear of reprisal, Plaintiff anonymously texted a number of defendant school board members to express her concerns over the quality and character of its supervisory personnel and its legal counsel; the exorbitant amount of taxpayer funds expended toward that personnel and counsel; and its general "lack of transparency" in performing its duties and functions.

4.　　On or about 8/29/25, Defendant terminated Plaintiff's stated employment.

5.　　Throughout, Plaintiff's conduct constituted an engagement in constitutionally-protected "speech" activity.

6.　　Defendant's termination of Plaintiff's employment would likely chill a person of ordinary firmness from continuing to engage in that activity.

7.      Defendant's own conduct was motivated, at least in part, in response to Plaintiff's exercise of her constitutionally-protected interests.

8.      As a direct and proximate result of Defendant's retaliatory conduct, Plaintiff's "speech" interest was compromised and impaired in violation of the First Amendment to the US Constitution, made applicable to the States through its Fourteenth Amendment.

9.      As a further direct and proximate result of Defendant's conduct, Plaintiff suffered the loss of her employment and its benefits, together with the loss of income therefrom.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of $95,000.00, together with an award of attorney fees under 42 USC§1988; interest as provided by law; and the costs of suit.

GUARNIERI & SECREST, P.L.L.

/s/Michael D. Rossi
MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio  44482
Telephone: (330) 393-1584
Facsimile:  (330) 395-3831
E-mail: mrossi@gsfirm.com
Attorney for Plaintiff